**Order entered January 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00533-CR

### RAMIRO PAYAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7
Dallas County, Texas
Trial Court Cause No. F09-72851-Y**

## ORDER

The Court **REINSTATES** the appeal.

On November 10, 2014, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is represented by retained counsel Jeffery Buchwald; (3) Mr. Buchwald's explanation for the delay in filing appellant's brief is that one of the exhibits had not been filed until "recently" but he has now reviewed the exhibit; and (4) Mr. Buchwald stated he would file the brief within fifteen days of the December 18, 2014 findings.

We note that the supplemental reporter's record with the video exhibit was filed in this Court on October 9, 2014 and the appeal was not abated for findings regarding the brief until one

month later.  At no time during that period did appellant's counsel communicate with this Court regarding any problem obtaining exhibits.

Accordingly, we **ORDER** appellant to file his brief by **JANUARY 15, 2015**.  No further extensions will be granted.  If appellant's brief is not filed by the date specified, we will, without further notice, submit the appeal without briefs.  *See* TEX. R. APP. P. 38.8(b)(4).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Jeffrey Buchwald and the Dallas County District Attorney's Office.


/s/     LANA MYERS
        JUSTICE